# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**CASE NO.: 4:22-cv-04014**

SHOICHI MATSUMOTO,

    Plaintiff,

v.

HOUSTON CHRONICLE PUBLISHING COMPANY AND HEARST COMMUNICATIONS, INC.,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff SHOICHI MATSUMOTO and Defendants HOUSTON CHRONICLE PUBLISHING COMPANY and HEARST COMMUNICATIONS, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: April 4, 2023          Respectfully submitted,

| | |
|---|---|
| */s/ Craig A. Wirth* | */s/ Ravi V. Sitwala* |
| JOEL B. ROTHMAN | Ravi V. Sitwala |
| joel.rothman@sriplaw.com | (U.S.D.C. S.D. Tex. Bar No. RS2140) |
| | (N.Y. State Reg. No. 4359899) |
| CRAIG A. WIRTH | THE HEARST CORPORATION |
| Craig.wirth@sriplaw.com |    Office of General Counsel |
| | 300 W. 57th Street |
| **SRIPLAW, P.A.** | New York, NY 10019 |
| 21301 Powerline Road | (212) 649-2006 |
| Suite 100 | (646) 280-2006 (fax) |
| Boca Raton, FL 33433 | rsitwala@hearst.com |
| 561.404.4350 – Telephone | |

561.404.4353 – Facsimile                     *Attorneys for Defendants Houston Chronicle*
                                             *Publishing Company and Hearst*
*Counsel for Plaintiff Shoichi Matsumoto*    *Communications, Inc*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 4, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Craig A. Wirth*
Craig A. Wirth

## SERVICE LIST

Ravi V. Sitwala
THE HEARST CORPORATION
Office of General Counsel
300 W. 57th Street
New York, NY 10019
rsitwala@hearst.com